LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS A. ABDUL, | ) Case No. C 06 1785 SC |
| Plaintiff, | ) NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) AS TO DEFENDANTS JOHNSON & |
| | ) JOHNSON COMPANY AND JANSSEN |
| ASTRAZENECA PHARMACEUTICALS, | ) PHARMACEUTICA PRODUCTS, L.P. |
| L.P., et al. | ) A/K/A JANSSEN, L.P., A/K/A JANSSEN |
| | ) PHARMACEUTICA, L.P., A/K/A |
| Defendants. | ) JANSSEN PHARMACEUTICA, INC. |
| | ) HON. SAMUEL CONTI |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice defendants **JOHNSON & JOHNSON COMPANY AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC.** from the above-captioned action.

Dated: May 1, 2006                                         **LEVIN SIMES KAISER & GORNICK LLP**

                                                                         _/s/ Dennis Canty_
                                                                         Dennis J. Canty
                                                                         Attorneys for Plaintiff

[Court Seal: IT IS SO ORDERED / Judge Samuel Conti]

VOLUNTARY DISMISSAL                                                              PAGE 1