LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS A. ABDUL, | CASE NO. C 06 1785 SC |
| Plaintiff, | Before the Honorable SAMUEL CONTI |
| v. | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ASTRAZENECA PHARMACEUTICALS, L.P. and ASTRAZENECA, L.P., | |
| Defendants. | Conference Date: July 7, 2006<br>Conference Time: 10:00 AM<br>Location: Courtroom 10, 19th Floor<br>San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the July 7, 2006 Case Management Conference ("CMC") to November 17, 2006, at 10:00 A.M. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: 6/29/06

_____
Honorable [signature: Samuel Conti]
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 3 -          [PROPOSED] ORDER